IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:  20-cv-03501-RBJ | Date:  September 21, 2021 |
| Courtroom Deputy:  Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| LIBERTY GLOBAL INC  **Plaintiff** | *Rajiv Madan*  *Gregory Tamkin* |
| v. | |
| USA  **Defendant** | *Jennifer Golden*  *Tomas Sawyer* |

### COURTROOM MINUTES

**TELEPHONE STATUS CONFERENCE**

Court in Session: 8:31 a.m.

Appearance of counsel – all participants appear via telephone.

Discussion held on discovery and claims in the case.

**ORDERED:** **Summary judgment motion due October 22, 2021, with a limit of 25 pages, response brief due on or before December 22, 2021, with a limit of 25 pages, reply brief due on January 24, 2022, with a limit of 15 pages.**

**Oral argument is scheduled for February 25, 2022, at 1:30 p.m.**

**Discovery partially stayed until the legal issue is decided, as outlined on the record.**

Discussion held on statute of limitations.

**ORDERED:   Bench trial is VACATED and reset for October 31, 2022, at 9:00 a.m.**

Court in Recess:  9:43 a.m.              Hearing concluded.              Total time in Court:  01:12