IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: 20-cv-03501-RBJ | Date: February 25, 2022 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| Parties | Counsel |
|---|---|
| LIBERTY GLOBAL INC | *Rajiv Madan* |
| | *Gregory Tamkin* |
| | *Nathan Wacker* |
| **Plaintiff** | |
| v. | |
| USA | *Jennifer Golden* |
| | *Thomas Sawyer* |
| **Defendant** | |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 1:31 p.m.

Appearance of counsel.

Argument given by Mr. Madan and Mr. Sawyer on [32] Motion for Summary Judgment.

**3:14 p.m.**     **Court in recess.**
**3:27 p.m.**     **Court in session.**

Continued argument given by Mr. Madan, Mr. Sawyer and Ms. Golden on [32] Motion for Summary Judgment.

**ORDERED:   [32] Motion for Summary Judgment is TAKEN UNDER ADVISEMENT, written order to issue.**

Court in Recess:  4:58 p.m.          Hearing concluded.          Total time in Court:  03:14