IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03501-RBJ

Liberty Global, Inc.

    Plaintiff,

v.

United States of America

    Defendant.

## ORDER GRANTING UNITED STATES' MOTION TO AMEND SCHEDULE

For good cause showing, the Court grants the United States' motion to extend pre-trial deadlines. The extended deadlines shall be as follows:

| Event | Current Schedule | Amended Schedule |
|---|---|---|
| Fact Discovery | February 28, 2023 | April 14, 2023 |
| Initial Expert Disclosures | April 28, 2023 | June 16, 2023 |
| Rebuttal Expert Disclosures | May 31, 2023 | July 21, 2023 |
| Expert Discovery Cut-off | June 30, 2023 | August 18, 2023 |
| Dispositive Motion Cut-off | June 30, 2023 | August 18, 2023 |
| Trial Preparation Conference | September 29, 2023 9am | September 29, 2023 9am |
| Trial | October 16, 2023 | October 16, 2023 |

IT IS SO ORDERED.

_____
The Honorable R. Brooke Jackson
Senior United States District Judge