IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: | 20-cv-03501-RBJ | Date: March 13, 2023 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Janet Coppock |

| *Parties* | *Counsel* |
|---|---|
| LIBERTY GLOBAL INC | *Rajiv Madan* |
| | *Gregory Tamkin* |
| | *Nathan Wacker* |
| **Plaintiff** | |
| v. | |
| USA | *E. Carmen Ramirez* |
| | *Davis Yee* |
| **Defendant** | |

## COURTROOM MINUTES

**TELEPHONE DISCOVERY CONFERENCE**

Court in Session: 11:01 a.m.

Appearance of counsel. All participants appear via telephone.

Discussion held on deposition of CEO Mike Fries.

**ORDERED:** **The deposition of CEO Mike Fries has been prematurely noticed.**

> **Depositions of the tax director, three lower-level executives and three 30(b)(6) witnesses are to take place first, as outlined on the record.**

Discussion held on additional discovery disputes.

**ORDERED:** **The production of the documents by the auditor can be used, plaintiff notes that it has not waived work product as to the documents.**

Discussion held on additional discovery disputes.

**ORDERED:   The deposition of the Telenet 30(b)(6) witness is to be remote, as outlined on the record.**

Discussion held on previous discovery hearing and search terms.

Court in Recess:  11:41 a.m.          Hearing concluded.          Total time in Court:  00:40