IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03501-RBJ

Liberty Global, Inc.

    Plaintiff,

v.

United States of America

    Defendant.

---

**Stipulation to Extend Deadline to Respond to Written Discovery by 21 Days**

---

Liberty Global, Inc. ("LGI") served its First Interrogatories and First Set of Requests for Production on the United States on March 15, 2023.  Pursuant to D.C.COLO.LCivR 6.1(a), LGI and the United States hereby stipulate to extend the deadline for the United States to respond by 21 days.

Respectfully submitted this 13th day of April, 2023.

| | |
|---|---|
| /s/ Nathan Wacker (with permission) | DAVID A. HUBBERT |
| Rajiv Madan | Deputy Assistant Attorney General |
| Nathan Wacker | |
| Skadden, Arps, Slate, Meagher & Flom LLP | /s/ E. Carmen Ramirez |
| | Thomas J. Sawyer |
| 1440 New York Avenue, N.W. | E. Carmen Ramirez |
| Washington, DC 20005 | Isaac Hoenig |
| (202) 371-7020 (Madan) | Trial Attorneys |

1

| | |
|---|---|
| (202) 371-7182 (Wacker)<br>Raj.Madan@skadden.com<br>Nathan.Wacker@skadden.com<br>*Attorneys for Plaintiff Liberty Global, Inc.* | U.S. Department of Justice, Tax Division<br>P.O. Box 683, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 514-8129 (Sawyer)<br>     (202) 616-2885 (Ramirez)<br>     (202) 307-5963 (Hoenig)<br>Fax: (202) 307-0054<br>Thomas.J.Sawyer@usdoj.gov<br>E.Carmen.Ramirez@usdoj.gov<br>Isaac.M.Hoenig@usdoj.gov |
| Gregory S. Tamkin<br>tamkin.greg@dorsey.com<br>Dorsey & Whitney LLP<br>1400 Wewatta Street, Suite 400<br>Denver, CO 80202-5549<br>*Attorney for Plaintiff Liberty Global, Inc.* | *Attorneys for the United States of America* |

CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2023, I served a copy of the foregoing document by filing it through the Court's CM/ECF system, which will send an electronic copy to all counsel of record.  The United States is also serving a copy on the Office of Chief Counsel for the IRS.

                    Respectfully submitted,

                    */s/ E. Carmen Ramirez*
                    Trial Attorney, Tax Division
                    U.S. Department of Justice