IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:     20-cv-03501-RBJ | Date: October 13, 2023 |
| Courtroom Deputy: Meghan Smotts | Court Reporter: Terri Lindblom |
| Interpreter:      N/A | Probation: N/A |

| *Parties* | *Counsel* |
|---|---|
| LIBERTY GLOBAL, INC. | *Rajiv Madan* |
| | *Nathan Wacker* |
| | *Gregory Tamkin* |
| **Plaintiff** | |
| v. | |
| UNITED STATES OF AMERICA | *Thomas Sawyer* |
| | *E. Carmen Ramirez* |
| **Defendant** | |

### COURTROOM MINUTES

**MOTIONS HEARING**

**Court in Session:  9:04 a.m.**

Appearance of counsel.

Argument held on pending motions [75] Plaintiff's Motion for Summary Judgment and [76] Defendant's Motion for Summary Judgment.

**Court in Recess:  10:26 a.m.**
**Court in Session: 10:36 a.m.**

Continued argument by counsel.

**ORDERED:**   Parties shall submit to the Court each side's proposed form of judgment that expressly states what they want the Court to decide on or before October 20, 2023.

**ORDERED:  Plaintiff's Motion for Summary Judgment [75] is TAKEN UNDER ADVISEMENT as stated on the record.**

**ORDERED:  Defendant's Motion for Summary Judgment [76] is TAKEN UNDER ADVISEMENT as stated on the record.**

Court in Recess:  11:30 a.m.          Hearing concluded.          Total time in Court:    02:17