IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03501-RBJ

LIBERTY GLOBAL, INC.,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

**FINAL JUDGMENT**

_____

This action came on for hearing before the Court on the parties' cross-motions for summary judgment, and the issues having been duly heard and a decision duly rendered, it is

ORDERED that this civil action is dismissed with prejudice. As the prevailing party, the defendant is awarded its reasonable costs, to be taxed by the Clerk pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED this 31st day of October, 2023.

BY THE COURT:

_____
R. Brooke Jackson
Senior United States District Judge